JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALEMAN-MENDOZA, Petitioner, v. JOHNSON et al., Respondent. | Case No. 5:26-cv-02594-SVW-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED, in part**. Respondents are **ORDERED** immediately release Petitioner Kevin Aleman-Mendoza (A-Number 216-555-237) unless he is provided with an individualized bond hearing within seven days. At the bond hearing, the Government must bear the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents must provide adequate notice to Petitioner and his counsel so that counsel can be present and prepared for the bond hearing. If Petitioner or his counsel would like more time to prepare before the bond hearing occurs,

Respondents shall permit the extra time and may provide the bond hearing after the 7-day deadline if the delay is at the request of Petitioner or his counsel.

Respondents shall file a Notice of Compliance no later than three days after the bond hearing occurs.

Dated: August 5, 2026

HONORABLE STEPHEN V. WILSON
United States District Judge